## 50632. CALLOWAY v. HARMS.

QUILLIAN, Judge.

Under that which was held in *Allstate Insurance Co. v. Dobbs,* 134 Ga. App. 225 (213 SE2d 915), a dismissal under the provisions of Section 41 (e) of the Civil Practice Act (Code Ann. § 81A-141; Ga. L. 1966, pp. 609, 653) is not on the merits and may be refiled within six months of such dismissal. Code § 3-808, as amended, Ga. L. 1967, pp. 226, 244.

The overruling of the motion in the case sub judice was not error.

*Judgment affirmed. Pannell, P. J., and Clark, J., concur.*

ARGUED MAY 8, 1975 — DECIDED JUNE 9, 1975.

*I. J. Parkerson, A. Russell Blank,* for appellant.

*Rich, Bass, Kidd & Witcher, Charles T. Bass,* for appellee.